IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No.: 5:21-CV-381-BO

| | |
|---|---|
| CLAUDONY JOSEPH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE TOWN OF HOPE MILLS, THE HOPE ) <br> MILLS POLICE DEPARTMENT ) <br> (A DEPARTMENT OF THE TOWN OF ) <br> HOPE MILLS); MELISSA P. ADAMS in ) <br> her individual and official capacity; JOEL C. ) <br> ACCIARDO, in his individual and official ) <br> capacity; BRADLEY DEAN, in his ) <br> individual and official capacity, ) <br> ) <br> Defendants. ) | **ORDER** |

This matter is before the court upon Plaintiff's Consent Motion for Substitution of Mediator. For good cause shown and upon agreement of the parties, the court GRANTS Plaintiff's Consent Motion for Substitution of Mediator [DE #33] and ORDERS that Kenneth Carlson be appointed as mediator in this matter. The mediation shall be conducted by **December 2, 2022**.

SO ORDERED this the 2nd day of November 2022.

*Kimberly A. Swank*
KIMBERLY A. SWANK
United States Magistrate Judge