IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:21-cv-381

| | | |
|---|---|---|
| CLAUDONY JOSEPH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE TOWN OF HOPE MILLS, THE HOPE | ) | |
| MILLS POLICE DEPARTMENT | ) | **JOINT STIPULATION OF DISMISSAL** |
| (A DEPARTMENT OF THE TOWN OF | ) | **WITH PREJUDICE** |
| HOPE MILLS); MELISSA P. ADAMS in | ) | **Fed. R. Civ. P. 41(a)** |
| her individual and official capacity; JOEL C. | ) | |
| ACCIARDO, in his individual and official | ) | |
| capacity; BRADLEY DEAN, in his | ) | |
| individual and official capacity, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

NOW COME the Parties, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby file this Joint Stipulation of Dismissal with Prejudice, dismissing all claims by Plaintiff against the Defendants.

Each party shall bear its own attorney's fees and costs.

So stipulated, this 16th day of December, 2022.

1

**VAN CAMP, MEACHAM & NEWMAN, PLLC**

/s/ *Thomas M. Van Camp*
THOMAS M. VAN CAMP
N.C. State Bar No. 16872
thomasv@vancamplaw.com
P.O. Box 1389
Pinehurst, North Carolina 28370
Telephone: (910) 295-2525
Facsimile:  (910) 295-2001
*Attorney for Plaintiff*

**HARTZOG LAW GROUP LLP**

/s/ *Katie Weaver Hartzog*
KATIE WEAVER HARTZOG
N.C. State Bar No. 32989
khartzog@hartzoglawgroup.com
MARIAN BURROUGHS
N.C. State Bar No. 55124
tburroughs@hartzoglawgroup.com
2626 Glenwood Avenue, Suite 305
Raleigh, North Carolina 27608
Telephone: (919) 670-0338
Facsimile:  (919) 714-4635
*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE Fed. R. Civ. P. 41(a)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:


HARTZOG LAW GROUP
*Attorneys for Defendants*
Katie Weaver Hartzog, Esq.
Marian Burroughs, Esq.
2626 Glenwood Avenue
Suite 305
Raleigh, North Carolina 27608
khartzog@hartzoglawgroup.com
tburroughs@hartzoglawgroup.com


Respectfully submitted this, the 16th day of December, 2022.


VAN CAMP, MEACHAM & NEWMAN, PLLC
*Attorney for Plaintiff*


By:  /s/ Thomas M. Van Camp
     Thomas M. Van Camp, N.C. State Bar # 16872
     Post Office Box 1389
     Pinehurst, North Carolina 28370
     Telephone:  (910) 295-2525
     Facsimile:   (910) 295-2001
     thomasv@vancamplaw.com